

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 17, 2024

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Anthony Saccavino*, 24 Cr. 537 (LJL)

Dear Judge Liman:

    The Government respectfully requests that the time from today, December 17, 2024, until January 8, 2025, or until the date of the next conference in this matter, whichever is later, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

    Yesterday, December 16, 2024, defense counsel requested, and the Court granted, an adjournment of today's conference to accommodate defense counsel's obligations on another matter. The Court has since proposed the next conference in this matter occur on January 8, 2025. The Government respectfully submits that an exclusion of time until January 8, 2025, or the date of the next conference in this matter, whichever is later, would serve the interest of justice because such an exclusion will permit the defendant to review discovery and adequately prepare for trial, and allow the parties to engage in pretrial disposition discussions.

[Intentionally left blank]

      Although the Government has requested defense counsel's position on this request for an exclusion of time, as of the filing of this letter defense counsel has not provided his position.

                                      Respectfully submitted,

                                      EDWARD Y. KIM
                                    Acting United States Attorney for
                                    the Southern District of New York

                        By:  /s_____
                              Jessica Greenwood
                              Matthew King
                              Daniel H. Wolf
                              (212) 637-1090/2384/2337
                              Assistant United States Attorneys
                              Southern District of New York

cc: Counsel of Record (via ECF)