

OFFICE: (718) 878-3781 • FACSIMILE: (212) 748-1606 • INFO@TSIGLERLAW.COM • WWW.TSIGLERLAW.COM
299 BROADWAY, SUITE 1400, NEW YORK, NY, 10007

December 24, 2024

**- BY ECF -**

The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RE:  *U.S. v. Anthony Saccavino* 1:24-cr-00537-LJL-1

Dear Judge Liman:

The defendant Anthony Saccavino consents that the time from December 17, 2024, until January 8, 2025—the date of the next conference in this matter—be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Owing to a trial engagement in NY Supreme Court, on December 16, 2024, I requested, and the Court granted, an adjournment of the status conference scheduled for December 17, 2024.  However, my request (ECF No. 26) neglected to concede an exclusion of time prospectively until the next conference, which has now been set for January 8, 2025.  The exclusion of time until then would serve the interest of justice because such an exclusion will permit the defendant to review discovery and adequately prepare for trial, and allow the parties to engage in pretrial disposition discussions.

Accordingly, Mr. Saccavino consents that the time from December 17, 2024, until January 8, 2025—the date of the next conference in this matter—be excluded under the Speedy Trial Act.

Respectfully submitted,

 /s/   Joseph Caldarera

cc:  Counsel of Record