

Office: (718) 878-3781 • Facsimile: (212) 748-1606 • Info@TsiglerLaw.com • www.TsiglerLaw.com
299 Broadway, Suite 1400, New York, NY, 10007

December 16, 2024

**- BY ECF and FAX-**

The Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**REQUEST GRANTED.**
**The Status Conference previously set for December 17, 2024 is rescheduled to January 9, 2025 at 4:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.**

**12/26/2024**    SO ORDERED.
                  /s/ Lewis J. Liman
                  LEWIS J. LIMAN
                  United States District Judge

RE:  *U.S. v. Anthony Saccavino*
Case No.:  1:24-cr-00537-LJL-1
<u>Request for Adjournment of 12/17/24 Status Conference</u>

Dear Judge Liman:

Our office represents Mr. Anthony Saccavino and respectfully requests an adjournment of tomorrow's scheduled status conference.  I am presently on trial in New York State Supreme Court before the Hon. Felicia Mennin, in the matter of *People v. Jose Espinal*, Indictment No. 70223/2024.

We are aware that our late request doesn't conform with this Court's individual rules and apologize for any inconvenience to the Court and the government. Summations were originally scheduled to be delivered today, but have been pushed back until tomorrow.

Accordingly, we respectfully request that tomorrow's status conference be adjourned until a short date convenient to the Court and the government.  Thank you for your attention.

Respectfully,

  /s/   Joseph Caldarera
Joseph Caldarera
*Attorneys for Anthony Saccavino*

cc:    AUSA Jessica Greenwood
       AUSA Matthew J. King
       AUSA Daniel H. Wolf

Case 1:24-cr-00537-LJL    Document 30    Filed 12/26/24    Page 2 of 2