

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

March 28, 2025

**BY ECF**
The Honorable Lewis J. Liman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Brian Cordasco*, 24 Cr. 537 (LJL)

Dear Judge Liman:

    In response to the Court's March 27, 2025 Order (Dkt. 52), the Government respectfully submits the enclosed Exhibit A, with information about public corruption sentencings in this District, as well as a collection of out-of-district cases.

    Respectfully submitted,

    MATTHEW PODOLSKY
    Acting United States Attorney for
    the Southern District of New York

By:    /s *Jessica Greenwood*
    Jessica Greenwood
    Matthew King
    Daniel H. Wolf
    (212) 637-1090/2384/2337
    Assistant United States Attorneys
    Southern District of New York

cc:  Counsel of Record (via ECF)