# EXHIBIT A

## SDNY Sentencings Involving Elected Officials

**Robert Menendez**. 23 Cr. 490 (SHS). 71-year-old sitting U.S. Senator and Chairman of the Senate Foreign Relations Committee who was convicted at trial of accepting at least $922,188.10 in bribes from 2018 to 2022, including gold, cash, a luxury convertible, payments toward his fiancé-turned-wife Nadine Menendez's home mortgage, compensation for a low-or-no-show job for Nadine Menendez, home furnishings, and other things of value. In exchange for these and other things of value, Menendez agreed and promised to use his power and influence as a U.S. Senator to seek to protect his co-conspirators' interests and to benefit foreign countries. Convicted of: conspiracy to commit bribery, in violation of 18 U.S.C. §§ 371 and 3147(1); conspiracy to commit honest services wire fraud, in violation of 18 U.S.C. §§ 1349 and 3147(1); conspiracy to commit extortion under color of official right, in violation of 18 U.S.C. § 1951; two counts of conspiracy to obstruct justice, in violation of 18 U.S.C. § 371; two counts of bribery, in violation of 18 U.S.C. §§ 201(b)(2)(A) and (C), and 2; three counts of honest services wire fraud, in violation of 18 U.S.C. §§ 1313, 1346, 2, and 3147(1); three counts of extortion under color of official right, in violation of 18 U.S.C. §§ 1951 and 2; conspiracy for a public official to act as a foreign agent, in violation of 18 U.S.C. § 371; public official acting as foreign agent, in violation of 18 U.S.C. §§ 219 and 2; and obstruction of justice, in violation of 18 U.S.C. § 1503 and 2. Menendez's Guidelines Range was 292 to 365 months' imprisonment. He was sentenced to 11 years' (or 132 months') imprisonment.

**Sheldon Silver**. 15 Cr. 93 (VEC). 76-year-old Speaker of the New York State Assembly who was convicted at trial of multi-year scheme to obtain approximately $3.7 million in bribes and kickbacks in exchange for official acts related to cancer research and approval of real estate legislation. Convicted of: two counts of honest services mail fraud, in violation of 18 U.S.C. §§ 1341,1346, and 2; two counts of honest services wire fraud, in violation of 18 U.S.C. §§ 1343,1346, and 2; two counts of extortion under color of official right, in violation of 18 U.S.C. §§ 1951 and 2; and one count of monetary transactions involving crime proceeds, in violation of 18 U.S.C. §§ 1957 and 2. Silver's Guidelines Range was 262 to 326 months' imprisonment. He was sentenced to 6.5 years' (or 78 months') imprisonment.

**Dean Skelos**. 15 Cr. 317 (KMW). 70-year-old former New York State Senate Leader who was convicted at trial of accepting approximately $300,000 in bribes and extortion payments that were paid to his adult son in exchange for Skelos's official acts. His total Guidelines loss amount was $680,120. Skelos's Guidelines Range was 151 to 181 months' imprisonment. He was sentenced to 51 months' imprisonment.

## SDNY Sentencings Involving Federal Employees

**John Costanzo Jr.** 22 Cr. 281 (JPO). 49-year-old DEA Agent who leaked confidential law enforcement information about the targets of DEA criminal investigations in exchange for approximately $100,000 in bribe payments accepted over the course of approximately one year. Convicted at trial of: conspiracy to bribe a public official, in violation of 18 U.S.C. § 371; acceptance of a bribe by a public official, in violation of 18 U.S.C. § 201; conspiracy to commit honest services wire fraud, in violation of 18 U.S.C. § 1349; and honest services wire

fraud, in violation of 18 U.S.C. §§ 1343,1346, and 2. Costanzo's Guidelines range was 108 to 135 months' imprisonment. He was sentenced to 48 months' imprisonment.

**Dionisio Figueroa**. 23 Cr. 161 (MAD). 66-year-old SDNY Magistrate's Clerk who was convicted at trial of approximately 11-year long scheme to refer SDNY defendants (a total of about 45 defendants over the course of the scheme) to a particular defense attorney in exchange for at least $40,000 in bribe or kickback payments. Convicted of: conspiracy to bribe and unlawfully compensate a federal employee, in violation of 18 U.S.C. § 371; federal employee bribery, in violation of 18 U.S.C. §§ 201(b)(2)(C) and 2; illegal compensation to a judicial employee, in violation of 18 U.S.C. §§ 203(a)(1)(B), 216(a)(2), and 2; and false statements, 18 U.S.C. § 1001. Figueroa's Guidelines Range was 41 to 51 months' imprisonment. He was sentenced to 2 years' imprisonment.

**Young Beom Kim**. 23 Cr. 78 (RMB). 63-year old ARMY employee who, from May 2017 through at least August 2021, accepted $65,137.36 in gratuities paid to him or his adult children by defense contractors whose ARMY contracts he oversaw. Convicted of: conspiring to receive unlawful gratuities and to engage in acts affecting personal interests, in violation of 18 U.S.C. § 371. Beom Kim's Guidelines Range was 27 to 33 months' imprisonment. He was sentenced to 2 years' imprisonment.

*Corrections Officers/Contraband Cases*

**Perry Joyner**. 21 Cr. 673 (ALC). 32-year-old correctional officer at the Metropolitan Correctional Center ("MCC") who, from at least October 2019 through February 2020, received approximately $77,894 in bribe payments from MCC inmates or their associates in exchange for smuggling to inmates drugs (including, but not limited to, oxycodone, alprazolam, Suboxone, marijuana, and K2), cellphones, cigarettes, and alcohol. Crime of conviction: conspiracy to commit honest services wire fraud, in violation of 18 U.S.C. § 1349. Joyner's Guidelines Range was 51 to 63 months' imprisonment. He was sentenced to 43 months' imprisonment.

**Mario Feliciano**. 21 Cr. 673 (ALC). 32-year-old correctional officer at the MCC who, from at least January 2020 to February 2020, received approximately $3,200 in bribe payments from MCC inmates or their associates in exchange for smuggling contraband, including cellphones. Convicted of: conspiracy to commit honest services wire fraud, in violation of 18 U.S.C. § 1349. Feliciano's Guidelines Range was 12 to 18 months' imprisonment. He was sentenced to 5 months' imprisonment.

**Jermaine Harmon**. 20 Cr. 529 (ER). From March 2019 to September 2019, Harmon abused his position as a correction officer by taking approximately $7,500 in bribes from inmates in exchange for smuggling drugs, tobacco, and a cell phone into a private jail in Queens that housed federal inmates. Convicted of: conspiracy to commit bribery and provide contraband, in violation of 18 U.S.C. § 371. Harmon's Guidelines Range was 24 to 30 months' imprisonment. He was sentenced to 6 months' imprisonment.

**Khari Faison**. 20 Cr. 552 (RA). From January to 2019 to July 2019, Faison abused his position as a correction officer by taking $500 in bribes from two inmates in exchange for smuggling contraband, including marijuana, synthetic cannabinoids, liquor, a cellphone, and cigarettes, into a private jail in Queens that housed federal inmates. Convicted of: conspiracy to commit bribery and provide contraband, in violation of 18 U.S.C. § 371. Faison's Guidelines Range was 0 to 6 months' imprisonment. He was sentenced to time served.

### Defendants in SDNY No-Fault Automobile Insurance Bribery Scheme

19 Cr. 789 (PGG). Six current or former NYPD employes were sentenced for their participants in a no fault automobile insurance bribery scheme. Each was convicted of solicitation of bribes and gratuities by an agent of a federally funded organization, in violation of 18 U.S.C. § 666, with the exception of Shakeema Foster, who was convicted of Travel Act bribery, in violation of 18 U.S.C. § 1952, as follows:

**Angela Myers**. 911 operator for NYPD who, from 2016 through November 2019, received at least $10,000 in bribe payments in exchange for improperly providing scheme ringleader and his associates with names and numbers of approximately 75 motor vehicle accident victims per week. Myers's Guidelines Range was 12 to 18 months' imprisonment. She was sentenced to time served and 250 hours of community service.

**Latifah Abdul-Khaliq**. 911 dispatcher for NYPD who, from 2014 up to 2018, received approximately $40,000 in bribes for (1) improperly providing scheme ringleader and his associates with names and numbers of as many as 48,000 motor vehicle accident victims and (2) as a cut of bribe payments made to two additional 911 operators that she recruited into the scheme. Abdul-Khaliq's Guidelines Range was 37 to 46 months' imprisonment. She was sentenced to six months' imprisonment.

**Shakeema Foster**. 911 operator for NYPD who, from January to December 2017, received less than $6,500 for improperly providing scheme ringerleader and his associates with names and numbers of approximately 25 to 75 motor vehicle accident victims per day. Foster's Guidelines Range was 10 to 16 months' imprisonment. She was sentenced to time served and 250 hours of community service.

**Kourtnei Williams**. 911 operator for NYPD who, from 2014 to November 2019, received $150 to $300 per week (for a Guidelines total of between $15,000 and $40,000) for (1) improperly providing the scheme ringleader and his associates with approximately 200 names and numbers of motor vehicle accident victims each day, and (2) as a cut of bribe payments made to two additional 911 operators that she recruited into the scheme. Williams's Guidelines range was 30 to 37 months' imprisonment. She was sentenced to 6 months' imprisonment.

**Makkah Shabazz**. 911 communications supervisor for NYPD who, from September 2018 up to May 2019, received $1,000 to $2,000 each week (for a Guidelines total of between $15,000 and $40,000) for improperly providing scheme ringleader and his associates approximately

200 names and numbers of motor vehicle accident victims per day. Shabazz's Guidelines Range was 18 to 24 months' imprisonment. She was sentenced to 6 months' imprisonment.

**Yaniris Deleon**. NYPD police officer who, from 2018 through 2019, improperly disclosed names and telephone numbers of motor vehicle accident victims to scheme ringleader and his associates, and gave NYPD-issued cellphone to unindicted co-conspirator to improperly access NYPD databases to access additional victim names, resulting in improper disclosure of a total of approximately 50 to 100 names and numbers of motor vehicle accident victims per day. DeLeon was paid either $1 per name or $500 per week as part of the scheme (for a Guidelines total of at least $6,500). Deleon's Guidelines Range was 12 to 18 months' imprisonment. She was sentenced to 6 months' imprisonment.

### SDNY Sentencings of NYCHA Bribery Defendants (Felony Convictions Only)

The following is a list of each defendant who was convicted of a felony, and subsequently sentenced, as a part of the 70-defendant New York City Housing Authority ("NYCHA") charges announced in this District in February 2024. Each NYCHA defendant sentenced to date was convicted of federal program bribery, in violation of 18 U.S.C. § 666(a)(1)(B), with the exception of Joy Harris, who was also convicted after trial of extortion under color of official right, in violation 18 U.S.C. § 1951. Each defendant was at relevant times a Superintendent and/or Assistant Superintendent of one or more NYCHA residential buildings. Each NYCHA defendant who has been sentenced to date pled guilty, with the exception of Joy Harris, who was convicted at trial. The vast majority of the sentenced NYCHA defendants waived indictment, waived discovery, and pled guilty to an information.

| **Defendant** | **Docket #** | **Date Range of Bribe Payments** | **Bribe / Contracts Amount** | **Guidelines Range** | **Sentence** |
|---|---|---|---|---|---|
| Gibbs, Leroy[1] | 22 Cr. 534 (CM) | February 2022 | $2,000 / $9,950 | 27 to 33 months | 33 months' imprisonment |
| Figueroa, Julio | 22 Cr. 605 (DLC) | July 2021 to August 2022 | $6,000 / $46,622 | 12 to 18 months | 15 months' imprisonment |
| Rivera, John | 24 Cr. 150 (DLC) | 2019 to 2022 | $7,500 / $60,000 | 12 to 18 months | 12 months and one day's imprisonment |

---

[1] Gibbs's case involved an aggravating enhancement for obstruction of justice, due to obstructive conduct and evidence of additional bribery that came to light after the PSR was issued. Gibbs and Julio Figueroa (who were not part of the February 2024 70-defendant arrests in the NYCHA-related cases) were sentenced prior to the effective date of U.S.S.G. Section 4C1.1 and therefore their Guidelines calculations do not include any zero-point offender reduction.

| Defendant | Docket # | Date Range of Bribe Payments | Bribe / Contracts Amount | Guidelines Range | Sentence |
|---|---|---|---|---|---|
| Quetell, Eddie | 24 Cr. 141 (VSB) | September 2017 to May 2021 | $9,000 / $85,000 | 12 to 18 months | 5 months' imprisonment |
| Escobar, Mauricio | 24 Cr. 213 (JPO) | 2022 to 2023 | $9,500 / $56,000 | 12 to 18 months | 5 months' imprisonment |
| Hernandez, Jose | 24 Cr. 156 (ALC) | 2014 to September 2020 | $99,500 / $659,800 | 30 to 37 months | 19 months' imprisonment |
| Lucas, Tara | 24 Cr. 148 (LTS) | February 2019 to March 2022 | $19,000 / $77,000 | 18 to 24 months | 4 years' probation with 12 months' home detention |
| Rupnarain, Dwarka | 24 Cr. 125 (VEC) | February 2015 to June 2022 | $83,100 / $508,000 | 24 to 30 months | 20 months' imprisonment |
| Samuel, Clarence | 24 Cr. 241 (LGS) | 2016 to September 2022 | $82,200 / $250,000 | 24 to 30 months | 17 months' imprisonment |
| Johnson, Michael | 24 Cr. 135 (JMF) | 2018 to 2022 | $53,800 / $283,000 | 24 to 30 months | 16 months' imprisonment |
| Mendez, Joacim | 24 Cr. 308 (DLC) | July 2015 to August 2020 | $36,500 / $350,000 | 18 to 24 months | 15 months' imprisonment |
| Hopkins, Deshon | 24 Cr. 201 (LTS) | 2019 to 2023 | $13,500 / $125,000 | 12 to 18 months | 4 months' imprisonment and 3 months' home detention |
| Machado, Vincent | 24 Cr. 202 (JMF) | March 2019 to June 2023 | $17,000 / $170,000 | 18 to 24 months | 12 months and one day's imprisonment |
| Espinal, Jose | 24 Cr. 209 (JHR) | 2017 to 2020 | $5,000 / $48,000 | 8 to 14 months | 6 months' imprisonment |
| Williams, Willie | 24 Cr. 260 (JGLC) | 2015 to 2019 | $21,350 / $190,000 | 18 to 24 months | 4 years' probation with 12 months' home detention |

6

| **Defendant** | **Docket #** | **Date Range of Bribe Payments** | **Bribe / Contracts Amount** | **Guidelines Range** | **Sentence** |
|---|---|---|---|---|---|
| Owens, Brett | 24 Cr. 183 (JPC) | January 2020 to August 2021 | $7,300 / $71,000 | 12 to 18 months | 9 months' imprisonment |
| Priester, Curtis | 24 Cr. 205 (NRB) | March 2020 to June 2021 | $13,500 / $85,000 | 12 to 18 months | 9 months' imprisonment |
| Buckner, Marc | 24 Cr. 380 (KPF) | 2013 to 2022 | $25,000 / $235,000 | 18 to 24 months | 9 months' imprisonment |
| Fuller, Joseph | 24 Cr. 181 (DEH) | 2013 to 2022 | $37,800 / $218,000 | 18 to 24 months | 4 years' probation with 12 months' home detention |
| De Los Santos, Victor | 24 Cr. 155 (KMW) | October 2016 to July 2022 | $35,000 / $280,000 | 18 to 24 months | 8 months' imprisonment |
| Miller, James | 24 Cr. 360 (VSB) | 2020 to 2023 | $86,500 / $690,000 | 24 to 30 months | 19 months' imprisonment |
| Torres, Segundo | 24 Cr. 445 (RMB) | April 2019 to 2022 | $35,300 / $252,753 | 18 to 24 months | 18 months' imprisonment |
| Lorick, Nirmal | 24 Cr. 340 (AT) | January 2014 to July 2023 | $142,000 / $1,300,000 | 30 to 37 months | 1 year's probation |
| Lan, Jaime | 24 Cr. 425 (KPF) | 2016 to 2021 | $27,000 / $270,000 | 18 to 24 months | 9 months' imprisonment |
| Rosa, Herbert | 24 Cr. 359 (PKC) | April 2021 to March 2022 | $6,000 / $50,000 | 8 to 14 months | 3 years' probation with 12 months' home detention |
| Rivera, Jaime | 24 Cr. 206 (JMF) | May 2018 to March 2020 | $32,000 / $160,000 | 18 to 24 months | 8 months' imprisonment |
| Mackey, Marlon | 24 Cr. 230 (LAK) | 2014 to 2023 | $25,000 / $260,000 | 18 to 24 months | 6 months' imprisonment |

| Defendant | Docket # | Date Range of Bribe Payments | Bribe / Contracts Amount | Guidelines Range | Sentence |
|---|---|---|---|---|---|
| Hollman, Veronica | 24 Cr. 353 (JGK) | May 2018 to July 2022 | $43,000 / $400,000 | 24 to 30 months | 7 months' imprisonment |
| Garcia, Manuel | 24 Cr. 246 (VSB) | May 2018 to February 2021 | $12,600 / $50,000 | 12 to 18 months | 3 months' imprisonment |
| Williams, Angela[2] | 24 Cr. 434 (PAE) | June 2019 to March 2022 | $25,000 / $85,000 | 24 to 30 months | 13 months' imprisonment |
| Pardo, Orlando | 24 Cr. 471 (JGLC) | 2018 to 2022 | $6,000 / $40,000 | 8 to 14 months | 2 months' imprisonment |
| Nunez, Raymond | 24 Cr. 477 (JHR) | November 2016 to September 2022 | $12,500 / $107,000 | 12 to 18 months | 12 months and one day's imprisonment |
| Charriez, Rigoberto | 24 Cr. 446 (AT) | 2016 to 2023 | $70,000 / $377,000 | 24 to 30 months | 15 months' imprisonment |
| Bell, Gwendolyn | 24 Cr. 373 (PGG) | 2019 to 2023 | $32,000 / $280,000 | 18 to 24 months | Time served |
| Wright, Calvin | 24 Cr. 420 (PAE) | December 2018 to September 2022 | $8,500 / $40,000 | 12 to 18 months | 6 weeks' imprisonment |
| Wade, Lindsay | 24 Cr. 470 (AT) | August 2019 to June 2022 | $8,000 / $64,000 | 12 to 18 months | Time served |
| McCoy, Nakia | 24 Cr. 371 (PKC) | August 2018 to June 2022 | $9,000 / $71,000 | 12 to 18 months | 7 weeks' imprisonment |
| McCreary, Erik | 24 Cr. 451 (LTS) | February 2020 to October 2021 | $6,000 / $64,000 | 8 to 14 months | 2 months' imprisonment and 2 months' curfew |

---

[2] Williams's Guidelines range included two additional points for obstruction because, prior to being charged, she deleted incriminating text messages and then lied about that conduct to law enforcement.

8

| Defendant | Docket # | Date Range of Bribe Payments | Bribe / Contracts Amount | Guidelines Range | Sentence |
|---|---|---|---|---|---|
| Torres, Luis | 24 Cr. 459 (JMF) | January 2019 to July 2022 | $11,000 / $139,000 | 12 to 18 months | 6 months' imprisonment |
| McPhatter, Henry | 24 Cr. 287 (MKV) | June 2020 to May 2022 | $16,000 / $95,000 | 18 to 24 months | 6 months' imprisonment |
| Tapia, Elizabeth | 24 Cr. 216 (VM) | June 2020 to June 2022 | $11,000 / $66,000 | 12 to 18 months | 4 months' imprisonment and 6 months' home detention |
| Mercado, Juan[3] | 24 Cr. 279 (VEC) | 2014 to 2023 | $329,300 / $1,886,000 | 57 to 71 months | 48 months' imprisonment |
| Harley, Lateisha | 24 Cr. 124 (RMB) | 2019 to August 2021 | $6,000 / $50,000 | 8 to 14 months | 5 months' imprisonment |
| Harris, Joy[4] | 24 Cr. 207 (LAK) | 2015 to 2021 | $54,150 / $501,917 | 41 to 51 months | 41 months' imprisonment |
| Matos, Danny | 24 Cr. 299 (JGLC) | 2018 to 2023 | $30,000 / $290,000 | 18 to 24 months | 4 years' probation with 12 months' home detention |
| Butler, Patrick | 24 Cr. 290 (LAK) | 2015 to June 2022 | $24,000 | 18 to 24 months | Two years supervised release with three months' home detention |

---

[3] Mercado's Guidelines range included two additional points for obstruction because, after pleading guilty, he committed perjury at an evidentiary hearing before his sentencing.

[4] Harris's Guidelines range did not include any offense level reduction for acceptance of responsibility and included two additional points for obstruction because the defendant committed perjury when she testified at trial.

9

## Out-of-District Public Corruption Sentencings

Although the Court's March 27th Order requested sentencing information only for cases within this District, a collection of recent public corruption sentencings provided to Judge Stein in connection with the sentencing of Senator Robert Menendez (*United States v. Menendez*, 23 Cr. 490 (SHS), Gov't Sentencing Submission, Dkt. 690 at 21-22 (S.D.N.Y. Jan. 9, 2025)), is also instructive here:

**Jose Louis Huizar**. 20 Cr. 326 (C.D. Ca. 2024). 13-year sentence following guilty plea for 55-year-old Los Angeles City Councilmember who accepted bribes of approximately $2 million.

**Arturo Cuellar**. 19 Cr. 522 (S.D. Tex. 2023). 20-year sentence following trial conviction of 69-year-old former county commissioner who received nearly $1.4 million in bribes.

**Larry Householder**. 22 Cr. 77 (S.D. Ohio 2023). 20-year sentence for 64-year-old Ohio House Speaker who was convicted at trial of accepting nearly $61 million in bribes for supporting nuclear plant bailout.

**Jonathan Woods**. 17 Cr. 50010 (W.D. Ark. 2018). 18-year and four-month sentence for 41-year-old Arkansas state representative who was convicted at trial of awarding approximately $600,000 in grant money in exchange for kickbacks.

**Stephen Stockman**. 17 Cr. 116 (S.D. Tex. 2018). 10-year sentence for 61-year-old Congressman convicted at trial of soliciting approximately $1.25 million in charitable donations fraudulently diverted to personal and campaign expenses.

**Rod Blagojevich**. 08 Cr. 888 (N.D. Ill. 2016). 14- year sentence for 54-year-old Governor of Illinois who was convicted at trial of attempts to trade appointment of U.S. Senator for $1.5 million in campaign contributions and other personal benefits, as well as attempts to illegally obtain another $125,000 in campaign contributions.

**Chaka Fattah, Sr.** 15 Cr. 346 (E.D. Pa. 2016). 10-year sentence for 60-year-old Congressman convicted at trial of bribery of approximately $18,000, theft of approximately $23,000 of campaign funds, and receipt of several hundred thousand dollars of campaign contributions.

**William F. Boyland, Jr.** 11 Cr. 850 (E.D.N.Y. 2015). 14-year sentence for 45-year-old New York State Assemblyman following trial conviction for bribery of approximately $55,000, fraudulent reimbursements of approximately $70,000, and misappropriation of state funds amounting to approximately $200,000.

**James Dimora**.  10 Cr. 387 (N.D. Ohio 2012).  28-year sentence for 57-year-old county commissioner who was convicted at trial of accepting approximately $250,000 in bribes.

**Mark A. Ciavarella, Jr.**, 09 Cr. 272 (M.D. Pa. 2011).  28-year sentence for 61-year-old Pennsylvania judge convicted at trial of having received over $2 million in exchange for helping construct a juvenile detention center and placing juvenile offenders at the center.

**Kwame Kilpatrick**, 10 Cr. 20403 (E.D. Mich. 2010).  28-year sentence for 43-year-old Mayor of Detroit who was convicted at trial of accepting kickbacks of approximately $4.6 million.