# COURT REFERENCE LETTER

Captain Daniel H McGinn
██████████
New York, NY, 10032
(917) ████

Date: May 1 2025

To the Honorable Judge Lewis J. Liman,

My name is Captain Daniel H McGinn, and I am proud to offer my recommendation of Anthony Saccavino. I have personally known Anthony Saccavino for 8 years as my friend.

I have known Anthony Saccavino as a dear friend for eight years, in that time we have grown very close and developed a brotherly relationship. Our relationship has been both personal and professional. He is a great leader and a man of high moral integrity. He has always been readily available for me and many members of the fire department and community of Washington Heights. He is a great family man and a man of strong moral character in my opinion. He helped both his city and department after the 9/11 attacks, working at ground zero in the rubble. As a result he has continuing respiratory issues.

I am confident that now and in the future Anthony Saccavino will continue work to better himself, his family, and the community. I beg the court to take this into consideration while making their decision.

Please do not hesitate to contact me if you should require any further information.

Sincerely,

Signature: *D. McGinn*  _____ Date: May 1 2025
Printed: Captain Daniel H McGinn