# SENTENCING SUBMISSION

**(Additional exhibits - Sealed)**

## U.S. v. Anthony Saccavino

# 1:24-cr-00537-LJL-1

**INDIVIDUALIZED EDUCATION SERVICES PROGRAM (IESP)**

| | |
|---|---|
| **STUDENT NAME:** Angelina Saccavino<br>**DATE OF BIRTH:** 09/10/2012<br>**LOCAL ID #:** 242735496 | **DISABILITY CLASSIFICATION:** Learning Disability |
| **DATE OF IESP MEETING:** 03/31/2022 | |
| **PROJECTED DATE IESP IS TO BE IMPLEMENTED:** 04/08/2022 | **PROJECTED DATE OF ANNUAL REVIEW:** 03/31/2023 |

**STUDENT NAME:** Angelina Saccavino                                                                 **NYC ID:**242735496

| |
|---|
| **PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS** |
| DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS |

**EVALUATION RESULTS (INCLUDING PERFORMANCE ON STATE AND DISTRICT-WIDE ASSESSMENTS)**
Documents reviewed:
Psychoeducational Evaluation
Teacher report

**ACADEMIC ACHIEVEMENT, FUNCTIONAL PERFORMANCE AND LEARNING CHARACTERISTICS**
LEVELS OF KNOWLEDGE AND DEVELOPMENT IN SUBJECT AND SKILL AREAS INCLUDING ACTIVITIES OF DAILY LIVING, LEVEL OF INTELLECTUAL FUNCTIONING, ADAPTIVE BEHAVIOR, EXPECTED RATE OF PROGRESS IN ACQUIRING SKILLS AND INFORMATION, AND LEARNING STYLE:
READING:

Decoding (Instructional Level _____ )

Strengths:
She is able to decode words and remember familiar words. She can sound out all the letters.

Weakness(es):
When encountering challenging words, she pauses and skips those words.

Proposed Goal(s) to address weakness/(es) described above:

Angelina will be able to read grade level texts orally with accuracy.

**PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS**

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

Comprehension (Instructional Level _____ ) (Independent Level_____ )

Strengths:

Understands verbal instructions.
Weakness(es):
She cannot retain information from text after reading.
Difficulty understanding oral instructions.
Difficulty grasping themes and main ideas.

Proposed Goal(s) to address weakness(es) described above:
Angelina will be able to make connections, make inferences after reading the text.

Reading Fluency (Instructional Level _____ )

Strengths:

Weakness(es):
Angelina will be able to read passages/texts with expression.

Proposed Goal(s) to address weaknesses) described above:
Angelina will be able to read passages/texts with expression.

WRITING: Grammar and Syntax and Spelling (Instructional Level _____ )

Strengths:
She is able to write full sentences.

Weakness(es):

**PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS**

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

Writing a full paragraph with RACES. Restating the question is challenging for Angelina.

Proposed Goal(s) to address weakness(es) described above:
By the end of the year, Angelina will be able to answer comprehension questions using RACES strategy.


Organization (Instructional Level _____ )

Strengths:
She is able to use proper punctuation, capitalization and indent paragraphs.

Weakness/(es):
Difficulty organizing thoughts for written reports.

Proposed Goal(s) to address weakness/(es) described above:

Angelina will be able to plan out her writing before she writes using a graphic organizer.

MATH: Computation & Math Fluency (Instructional Level _____ )

Strengths:
She knows basic multiplication facts.

Weakness(es):
Difficulty doing math calculations involving addition and subtraction, multiplication and division/
Difficulty understanding word problems.

Proposed Goal(s) to address weakness(es) described above:


Problem-solving (Instructional Level _____ )

Strengths:

**PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS**

DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS

Weakness/(es):
Difficulty coming up with new/alternative solutions to problems.
Reasoning with evidence.

Proposed Goal(s) to address weakness(es) described above:
STUDENT STRENGTHS, PREFERENCES, INTERESTS:
She is able to listen and follow directions able to communicate her needs.
ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF
CONCERN TO THE PARENT:
parent indicated that teacher report is an accurate reflection of student's current functioning.

**SOCIAL DEVELOPMENT**
THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S RELATIONSHIPS WITH PEERS AND ADULTS; FEELINGS ABOUT SELF; AND SOCIAL
ADJUSTMENT TO SCHOOL AND COMMUNITY ENVIRONMENTS:
Teachers reported that Angelina has some difficulty maintaining attention in the classroom setting which effects her academic progress.
Teachers and parent indicated they both thought Angelina would benefit from counseling services
STUDENT STRENGTHS:
She maintains good relationships with her peers.
SOCIAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
parent indicated that teacher report is an accurate reflection of student's current functioning.

| PRESENT LEVELS OF PERFORMANCE AND INDIVIDUAL NEEDS |
|---|
| DOCUMENTATION OF STUDENT'S CURRENT PERFORMANCE AND ACADEMIC, DEVELOPMENTAL AND FUNCTIONAL NEEDS |

**PHYSICAL DEVELOPMENT**
THE DEGREE (EXTENT) AND QUALITY OF THE STUDENT'S MOTOR AND SENSORY DEVELOPMENT, HEALTH, VITALITY AND PHYSICAL SKILLS OR LIMITATIONS WHICH PERTAIN TO THE LEARNING PROCESS:
Angelina is reported to be a well child. Her health and immunization records are up to date. Ms. Mejia is in the process of providing a copy of the most recent physical exam. Angelina was born with one extra toe on her right foot and one extra finger on her left hand. She had surgery when she was 9 months old to remove them. Angelina also had an asthmatic episode that lasted for a week when she was between 18 months - 2 years old that led her to be admitted to the ICU. She is currently under the care of Pediatric 2000 for the last 5 years. There is no history of seizures or head injuries .Angelina has asthma triggered by dust or pet dander, and takes Albuterol as needed to treat it. She was prescribed glasses to help her see the board better in her classroom because it is difficult for her to see it from where she sits in the back of the class.
STUDENT STRENGTHS:
Angelina is in generally good health with no physical restrictions
PHYSICAL DEVELOPMENT NEEDS OF THE STUDENT, INCLUDING CONSIDERATION OF STUDENT NEEDS THAT ARE OF CONCERN TO THE PARENT:
no additional concerns reported

**MANAGEMENT NEEDS**
THE NATURE (TYPE) AND DEGREE (EXTENT) TO WHICH ENVIRONMENTAL AND HUMAN OR MATERIAL RESOURCES ARE NEEDED TO ADDRESS NEEDS IDENTIFIED ABOVE:
frequent check ins to assess understanding
on task focusing prompts
movement breaks as needed

**EFFECT OF STUDENT NEEDS ON INVOLVEMENT AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM**
Angelina exhibits difficulties with reading comprehension and math problem solving which inhibits her ability to access the general education curriculum.

**STUDENT NAME:** Angelina   Saccavino

**NYC ID:**242735496

BEGINNING NOT LATER THAN THE FIRST IESP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE IF DETERMINED APPROPRIATE)

| MEASURABLE POSTSECONDARY GOALS |
|---|
| LONG-TERM GOALS FOR LIVING, WORKING AND LEARNING AS AN ADULT |

**EDUCATION/TRAINING:**

| BEGINNING NOT LATER THAN THE FIRST IESP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE IF DETERMINED APPROPRIATE) |
|---|
| **MEASURABLE POSTSECONDARY GOALS** |
| LONG-TERM GOALS FOR LIVING, WORKING AND LEARNING AS AN ADULT |
| **EMPLOYMENT:**<br>**INDEPENDENT LIVING SKILLS (WHEN APPROPRIATE):** |
| **TRANSITION NEEDS**<br>In consideration of present levels of performance, transition service needs of the student that focus on the student's courses of study, taking into account the student's strengths, preferences and interests as they relate to transition from school to post-school activities: |

**STUDENT NAME:** Angelina   Saccavino                                                                **NYC ID:**242735496

| **MEASURABLE ANNUAL GOALS** |
|---|
| THE FOLLOWING GOALS ARE RECOMMENDED TO ENABLE THE STUDENT TO BE INVOLVED IN AND PROGRESS IN THE GENERAL EDUCATION CURRICULUM, ADDRESS OTHER EDUCATIONAL NEEDS THAT RESULT FROM THE STUDENT'S DISABILITY, AND PREPARE THE STUDENT TO MEET HIS/HER POSTSECONDARY GOALS |

| **ANNUAL GOALS**<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IESP IS IN EFFECT | **CRITERIA**<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | **METHOD**<br>HOW PROGRESS WILL BE MEASURED | **SCHEDULE**<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ELA/Reading (Decoding):<br>Within one year, given an unfamiliar grade level text, Angelina will apply word analysis skills, such as: using knowledge of morphology patterns (root, prefix, suffix) syllabication patterns, and context clues to decode text. Skills/strategies to include but not limited to:<br><br>1. Through oral discussion, Angelina will identify how morphemic elements such as root words, prefixes, suffixes, and affixes convey meaning.<br><br>2. Angelina will use graphic/phonemic clues to divide unfamiliar vocabulary. | 80% accuracy in 4 out of 5 opportunities | Teacher made materials Class activities Verbal Explanation Teacher/Provider Observations Performance Assessment Task | 1 time per quarter |

| | | | |
|---|---|---|---|
| 3. Angelina will use oral and visual cues to divide multi-syllabic words into syllables. | | | |

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IESP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ELA/Reading (Comprehension):<br>Within a year, with prompting and support Angelina will improve her reading skills by being able to ask and answer questions about key details in a text, retell familiar stories, including key details, identify characters, settings, and major events in a story. Skill and strategies to include but not limited to:<br><br>1. Angelina will identify details in written texts that support main idea in books read.<br><br>2. Angelina will explain how supporting ideas relate to key topics on a grade level passage.<br><br>3. Angelina will put together ideas and information from different books, making decisions about what is most important.<br><br>4. Angelina will include explicit evidence for all inferential questions about the text with greater independence. | 80% accuracy | Teacher Made Materials<br>Class Activities<br>Teacher/Provider Observations<br>Performance Assessment Task<br>Check Lists | 1 time per quarter |

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IESP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ELA/Reading:<br>In a period of one year, using templates, graphic | 80% accuracy | Teacher Made Materials<br>Class Activities | 1 time per quarter |

| | | Teacher/Provider Observations Performance Assessment Task Check Lists | |
|---|---|---|---|
| organizers and anticipatory guides, Angelina will make predictions, draw inferences, and access prior knowledge to support grade level reading comprehension, citing specific text evidence to support conclusions. | | | |

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IESP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ELA/Writing:<br>Within one year, Angelina will use graphic organizers and outlines to write well-developed essays using a variety of sentence types, effective word choices and an engaging style. | 80% accuracy in 4 out of 5 trials | Teacher Made Materials<br>Class Activities<br>Teacher/Provider Observations<br>Performance Assessment Task<br>Check Lists<br>Writing Rubrics<br>Writing Samples | 1 time per quarter |

| ANNUAL GOALS<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IESP IS IN EFFECT | CRITERIA<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD<br>HOW PROGRESS WILL BE MEASURED | SCHEDULE<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ELA/Writing (Organization):<br>In a period of one year, using a multi-sensory approach with fading teacher support, Angelina will organize her ideas in order to write about a given topic using complete and accurate sentences, include learned vocabulary, and apply conventions of standard English; capitalization, punctuation, and spelling. | 80% accuracy over 3 consecutive writing samples | Teacher Made Materials<br>Class Activities<br>Teacher/Provider Observations<br>Performance Assessment Task<br>Check Lists<br>Writing samples<br>Writing rubrics | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IESP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ELA/Writing: Within one year, given general curriculum writing activities, with fading teacher support, using strategies such as (but not limited to) word lists/content specific vocabulary/editing checklists, Angelina will edit her writing for spelling and grammar errors. | 80% accuracy in 4 out of 5 opportunities | Teacher made materials Class activities Verbal Explanation Teacher/Provider Observations Performance Assessment Task | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IESP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| ELA/Spelling: Within one year, Angelina will demonstrate command of the conventions of standard English by using spelling patterns and generalizations (i.e., word families, syllable patterns, ending rules, meaningful word parts) in writing words. | 80% accuracy | Teacher Made Materials Class Activities Teacher/Provider Observations Performance Assessment Task Check Lists | 1 time per quarter |

| ANNUAL GOALS WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IESP IS IN EFFECT | CRITERIA MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | METHOD HOW PROGRESS WILL BE MEASURED | SCHEDULE WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Mathematics In one year with verbal and visual supports, modeling, using multi-sensory strategies and scaffolding, Angelina will continue to develop and expand her arithmetic, number and fact fluency concepts by the end of the school year. Skills/strategies to include but not limited to: | 80% accuracy | Teacher observation Classroom participation Verbal explanations Checklists Performance Assessment | 1 time per month |

| | | Task Homework | |
|---|---|---|---|
| 1. Angelina will be able to add, subtract, multiply and divide two and three digit numbers with and without regrouping.<br><br>2. Angelina will break down the language of Math to determine operations to use when solving word problems.<br><br>3. Using graphic organizers, key word charts, and other teacher developed strategies, Angelina will learn the steps to conceptualize and correctly compute each step to solve multi-step word problems by correctly identifying key words and their associated operations and differentiate between necessary vs unnecessary information.<br><br>4. In order decrease calculation errors, Angelina will determine what operation she needs, decide what steps she needs to take to solve the problem, and explain in writing or verbally using number sense math reasoning. | | | |

| **ANNUAL GOALS**<br>WHAT THE STUDENT WILL BE EXPECTED TO ACHIEVE BY THE END OF THE YEAR IN WHICH THE IESP IS IN EFFECT | **CRITERIA**<br>MEASURE TO DETERMINE IF GOAL HAS BEEN ACHIEVED | **METHOD**<br>HOW PROGRESS WILL BE MEASURED | **SCHEDULE**<br>WHEN PROGRESS WILL BE MEASURED |
|---|---|---|---|
| Counseling:<br>Within one year, with encouragement, verbal processing and reflection, Angelina will describe strengths, talents, capabilities and practice strategies to develop self esteem, confidence and enhanced sense of self-efficacy. Skills/strategies to include but not limited to:<br><br>1. Angelina will advocate for herself by verbalizing her thoughts, feelings, and needs. | 80% accuracy | Teacher/Provider Observations | 1 time per quarter |

| | | | |
|---|---|---|---|
| 2. Angelina will develop appropriate coping strategies to utilize when feeling anxious and/or frustrated and when faced with changes and/or transitions in activities or environment.<br><br>3. Angelina will demonstrate raising her hand to ask for teacher assistance when she is confronted with an academic task in which she needs clarification of directions.<br><br>4. When presented with a problem (non-preferred task, frustrating situation, criticism/correction), Angelina will accurately determine the size of the problem (big problem, little problem) and determine the appropriate emotional response (take a break, talk with teacher, take a deep breath, replace frustration with good thoughts, ask for help) and return to task at hand in 4 out of 5 trials as measured by teacher charted data. | | | |

**STUDENT NAME:** Angelina   Saccavino          **NYC ID:** 242735496

| REPORTING PROGRESS TO PARENTS |
|---|
| Identify when periodic reports on the student's progress toward meeting the annual goals will be provided to the student's parents: at the same time school report cards are issued |

**STUDENT NAME:** Angelina   Saccavino          **NYC ID:**242735496

| RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES |
|---|

| RECOMMENDED SPECIAL EDUCATION PROGRAMS AND SERVICES | | | | | |
|---|---|---|---|---|---|
| **SPECIAL EDUCATION PROGRAM/SERVICES** | **SERVICE DELIVERY RECOMMENDATIONS** | **FREQUENCY** HOW OFTEN PROVIDED | **DURATION** LENGTH OF SESSION | **LOCATION** WHERE SERVICE WILL BE PROVIDED | **PROJECTED BEGINNING & ENDING/ SERVICE DATES** |
| **SPECIAL EDUCATION PROGRAM:** Special Education Teacher Support Services (SETSS) | Direct Service Group service Language of Service: English | 5 time(s) per week | Period | Separate Location | 04/08/2022 |
| **RELATED SERVICES:** Counseling Services | Individual service Language of Service: English | 1 time(s) per week | 30 minutes | Separate Location school environment | 04/08/2022 |
| **SUPPLEMENTARY AIDS AND SERVICES/PROGRAM MODIFICATIONS/ACCOMMODATIONS:** | | | | | |
| **ASSISTIVE TECHNOLOGY DEVICES AND/OR SERVICES:** | | | | | |

**STUDENT NAME:** Angelina   Saccavino                                      **NYC ID:** 242735496

**TESTING ACCOMMODATIONS** (TO BE COMPLETED FOR PRESCHOOL CHILDREN ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL CHILDREN): INDIVIDUAL TESTING ACCOMMODATIONS, SPECIFIC TO THE STUDENT'S DISABILITY AND NEEDS, TO BE USED CONSISTENTLY BY THE STUDENT IN THE RECOMMENDED EDUCATIONAL PROGRAM AND IN THE ADMINISTRATION OF DISTRICT-WIDE ASSESSMENTS OF STUDENT ACHIEVEMENT AND, IN ACCORDANCE WITH DEPARTMENT POLICY, STATE ASSESSMENTS OF STUDENT ACHIEVEMENT.

| TESTING ACCOMMODATIONS | CONDITIONS* | IMPLEMENTATION RECOMMENDATIONS** |
|---|---|---|
| ☐ NONE | | |
| Extended Time | all state , city and classroom exams | time and a half |
| On-Task Focusing Prompts | all state , city and classroom exams | administer if student is off task for 3 minutes or more |
| Separate Location/Room | all state , city and classroom exams | small group in location with minimal distractions |
| Breaks | all state , city and classroom exams | up to 5 minute breaks every 30 minutes |
| Extended Time | | |

*Conditions — Test Characteristics: Describe the type, length, purpose of the test upon which the use of testing accommodations is conditioned, if applicable.
**Implementation Recommendations: Identify the amount of extended time, type of setting, etc., specific to the testing accommodations, if applicable.

**STUDENT NAME:** Angelina   Saccavino                                                    **NYC ID:**242735496

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE, IF DETERMINED APPROPRIATE).

| COORDINATED SET OF TRANSITION ACTIVITIES | | |
|---|---|---|
| **NEEDED ACTIVITIES TO FACILITATE THE STUDENT'S MOVEMENT FROM SCHOOL TO POST-SCHOOL ACTIVITIES** | **SERVICE/ACTIVITY** | **SCHOOL DISTRICT/AGENCY RESPONSIBLE** |
| **Instruction** | | |
| **Related Services** | | |
| **Community Experiences** | | |

BEGINNING NOT LATER THAN THE FIRST IEP TO BE IN EFFECT WHEN THE STUDENT IS AGE 15 (AND AT A YOUNGER AGE, IF DETERMINED APPROPRIATE).

| COORDINATED SET OF TRANSITION ACTIVITIES | | |
|---|---|---|
| **NEEDED ACTIVITIES TO FACILITATE THE STUDENT'S MOVEMENT FROM SCHOOL TO POST-SCHOOL ACTIVITIES** | **SERVICE/ACTIVITY** | **SCHOOL DISTRICT/AGENCY RESPONSIBLE** |
| **Development of Employment and Other Post-school Adult Living Objectives** | | |
| **Acquisition of Daily Living Skills (if applicable)** | | |
| **Functional Vocational Assessment (if applicable)** | | |

**STUDENT NAME:** Angelina   Saccavino                                                                 **NYC ID:**242735496

| PARTICIPATE IN STATE AND DISTRICT-WIDE ASSESSMENTS |
|---|
| (TO BE COMPLETED FOR PRESCHOOL STUDENTS ONLY IF THERE IS AN ASSESSMENT PROGRAM FOR NONDISABLED PRESCHOOL STUDENTS) |
| ☑The student will participate in the same State and district-wide assessments of student achievement that are administered to general education students.<br>☐The student will participate in an alternate assessment on a particular State or district-wide assessment of student achievement. |

**STUDENT NAME:** Angelina Saccavino                                                                 **NYC ID:**242735496

| SPECIAL TRANSPORTATION |
|---|
| TRANSPORTATION RECOMMENDATION TO ADDRESS NEEDS OF THE STUDENT RELATING TO HIS/HER DISABILITY |
| ☑ None.<br>☐Student needs special transportation accommodations/services as follows: |

**STUDENT NAME:** Angelina   Saccavino                                                                 **NYC ID:**242735496

| PLACEMENT RECOMMENDATION |
|---|
| Student is Parentally Placed in a Non-Public School |

**STUDENT NAME:** Angelina Saccavino                                                                                    **NYC ID:**242735496

**DATE OF IESP MEETING:** 03/31/2022

| ATTENDANCE PAGE | | |
|---|---|---|
| PLEASE NOTE THAT YOUR SIGNATURE REFLECTS YOUR PARTICIPATION AT THE CONFERENCE AND DOES NOT NECESSARILY INDICATE AGREEMENT WITH THE INDIVIDUALIZED EDUCATION PROGRAM. | | |
| **ROLE (INDICATE IF BILINGUAL)** | **NAME** | **SIGNATURE** |
| **Related Service Provider/Special Education Teacher** | Khalilah Griffin | Participated by telephone |
| **General Education Teacher** | Mikael Bucknavage | Participated by telephone |
| **Parent/Legal Guardian** | Niorca Mejia | Participated by telephone |
| **District Representative** | Michael Laucello | Participated by telephone |
| **School Psychologist** | Michael Laucello | Participated by telephone |
| **Parent Member** | Anthony Saccavino | Participated by telephone |
| **Assistant Principal Our Lady of Lourdes** | Perlita Recaido | Participated by telephone |
| **4th Grade Teacher Our Lady of Lourdes** | Sylvia Lee | Participated by telephone |

# Upper Manhattan Mental Health Center

**AKA: Emma L. Bowen Community Service Center**
**1727 Amsterdam Avenue**
**New York, NY 10031**
**Cel. 929-595-3776**

**May 5, 2025**

To inform your office that Angelina M. Saccavino is currently in therapy with Ms. Alice DeMaio, MSW Bilingual Therapist - Child and Adolescent Services.

If your office needs any further information feel free to call.

Sincerely,

Mariel Sanchez
**Intake Coordinator Children's adolescence.**

# Upper Manhattan Mental Health Center

**AKA: Emma L. Bowen Community Service Center**
**1727 Amsterdam Avenue**
**New York, NY 10031**
**212-694-9200**

**May 8, 2025**

To inform your office that Ms. Niorca Mejia Salvador required our services on April 5th, 2025, for her daughter Sophia L. Saccavino, to be seen by our MSW therapist - Child and Adolescent Services.

If your office needs any further information feel free to call.

Sincerely,

Mariel Sanchez
**Intake Coordinator Children's adolescence.**