UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
                                                  :

UNITED STATES OF AMERICA,            :

                       -v-                   :          24-CR-537-1 (LJL)

ANTHONY SACCAVINO,               :          <u>ORDER</u>

                       Defendant.       :

----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

If the Government wishes to respond to the motion at Dkt. No. 67, it shall do so no later than December 5, 2025.


       SO ORDERED.

Dated: December 1, 2025
       New York, New York                          LEWIS J. LIMAN
                                           United States District Judge